UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTWAN H. BANKS,

        Petitioner,        Case No. 1:07-cv-1023

v.        Honorable Wendell A. Miles

THOMAS BELL,

        Respondent.
_____/

## ORDER OF DISMISSAL

On October 25, 2007, the Court entered an order requiring Petitioner to file an amended petition on the form provided by the Court (docket #2). *See* Rule 2(d), RULES GOVERNING § 2254 CASES; W.D. Mich. LCivR 5.6(a). The Court allowed 30 days for Petitioner to comply. Petitioner was warned that if he failed to comply the Court may dismiss his action without prejudice.

More than 30 days have elapsed and Petitioner failed to file an amended petition on the form. Because Petitioner has failed to comply with the Court's order, dismissal of this action without prejudice is appropriate. Therefore:

IT IS ORDERED that the captioned case is DISMISSED without prejudice.


Dated: December 21, 2007        /s/ Wendell A. Miles
        Wendell A. Miles
        Senior United States District Judge